# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Justin E. Manley, individually and on behalf of
all others similarly situated,
    Plaintiffs,

V.

National Auto Warranty Services, Inc. d/b/a
Dealer Services,
    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

08CV3808
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON
EDA

TO: (Name and address of Defendant)

National Auto Warranty Services, Inc. d/b/a Dealer Services
c/o John R. Hamill, III - Registered Agent
211 North Third Street
St. Charles, MO 63301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James J. Simeri
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MO 63105

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**July 3, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 07 JULY 2008 @ 10:27 AM |
| NAME OF SERVER *(PRINT)* ELIZABETH REYNOLDS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 211 N. 3RD. ST., ST. CHARLES, MO 63301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES 55. | TOTAL 55. |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07 JULY 2008       EM Reynolds
           Date                 *Signature of Server*

P.O. BOX 160132, ST. LOUIS, MO 63116
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REYNOLDS INVESTIGATIONS & PROCESS SERVICES

P.O. Box 160132, Saint Louis, MO 63116
Phone: 314.680.4203  Fax: 314-772-8713
Email: youhavebeenserved@gmail.com

Licensed by
City of Saint Louis
22nd Circuit Court of Missouri
Special Process Servers Division & Saint Louis City Sheriff's Department
Professional Process Servers Association

## AFFIDAVIT of SERVICE

I, ELIZABETH REYNOLDS, DO SWEAR OR DECLARE THAT ON 07JULY2008 I DID SERVE A SUMMONS, CAUSE NUMBER 08CV3808, ON NATL. AUTO WARRANTY SVCS, INC. DBA DEALER SVCS, C/O JOHN R. HAMILL III, REG. AGNT. AT THE FOLLOWING LOCATION AND TIME: 211 N. 3RD ST., ST. CHARLES, MO 63301, 10:27 (AM)/PM, BY:

PERSONAL SERVICE TO THE LISTED PARTY: HAND DELIVERY.

SUBSTITUTE SERVICE TO _____,
RELATIONSHIP _____.

CORPORATE SERVICE TO _____,
TITLE _____.

MANLEY V. NATL AUTO WARR. SVCS., INC

ALL DONE IN THE CITY/(COUNTY) OF ST. CHARLES, MO.

SIGNATURE: EM Reynolds

AMOUNT DUE UPON RECEIPT FOR THIS SERVICE IS: $55.
PLEASE MAKE YOUR CHECK PAYABLE TO: Elizabeth Reynolds
THANK YOU FOR YOUR BUSINESS.

KYLE CULLEN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Mar. 11, 2011
Commission # 07007968

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC ON THIS DATE: 7/7/08

MY COMMISSION EXPIRES: 3/11/2011